IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| AFFORDABLE HOME HEALTH CARE, LLC, et al., | : | Case No. 1:24-cv-21 |
| | : | |
| | : | Judge Matthew W. McFarland |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| EVOLUTION HOME HEALTH, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER OF DISMISSAL

This matter is before the Court on the Parties' Stipulation of Dismissal (Doc. 95). Accordingly, all claims and counterclaims are dismissed with prejudice, but the Agreed Permanent Injunction (Doc. 94) shall remain in full force and effect. The Court expressly and explicitly retains jurisdiction over such order and any matter related to this lawsuit, including the settlement between the parties. Each party shall bear his, her, their, or its own costs incurred in this matter.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND